1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8

9    ROBERT JEFFREY FARMER,                    )
                                               )
10        Petitioner,                          )         3:09-cv-0379-RCJ -RAM
                                               )
11   vs.                                       )
                                               )         **ORDER**
12   E.K.  McDANIEL, *et al.*,                 )
                                               )
13        Respondents.                         )
                                               )
14   _____ /

15

16        This action is a petition for a writ of habeas corpus by Robert Jeffrey Farmer, a Nevada

17   prisoner.  This court ruled against Farmer in an order entered on April 20, 2010 (ECF No. 28), and

18   the judgment denying Farmer relief was entered the same day (ECF No. 29).  On August 3, 2010, the

19   court denied Farmer's motion to alter or amend the judgment (ECF No. 33).

20        Farmer appealed, and, on February 7, 2012, the court of appeals filed an order affirming this

21   court's denial of Farmer's habeas corpus petition (ECF No. 36).

22        On September 5, 2012, while a petition by Farmer for rehearing en banc was pending, the

23   court of appeals issued an order stating that the court was advised that Farmer had died in prison on

24   April 24, 2012; the court of appeals vacated its February 7, 2012 order, and dismissed the appeal as

25   moot.  Order of the Court of Appeals filed September 5, 2012 (ECF No. 39).  The court of appeals

26

1  remanded the case to this court "for dismissal of the petition for a writ of habeas corpus as moot and

2  for further proceedings as may be required, including the vacatur of any prior orders." *Id*.

3          As Farmer died before he was able to complete the appellate process, this court's

4  April 20, 2010, judgment did not, and now cannot, become final; this court will, therefore, vacate its

5  orders entered April 20, 2010 (ECF No. 28), and August 3, 2010 (ECF No. 33), as well as the

6  judgment entered April 20, 2010 (ECF No. 29).   Furthermore, the court will dismiss the action as

7  moot, and order judgment entered accordingly.  *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir.

8  2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

9          **IT IS THEREFORE ORDERED** that the orders entered on April 20, 2010 (ECF No. 28)

10  and August 3, 2010 (ECF No. 33), and the judgment entered on April 20, 2010 (ECF No. 29), are

11  **VACATED**.

12          **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**,

13  as moot, on account of the death of the petitioner, and the Clerk of the Court shall **ENTER**

14  **JUDGMENT ACCORDINGLY**.

15

16          Dated this 10th day of September, 2012.

17

18                                                         _____
                                                           UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

2