AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

ROBERT JEFFREY FARMER,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-cv-00379-RCJ-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the orders entered on April 20, 2010 (#28) and August 3, 2010 (#33), and the judgment entered on April 20, 2010 (#29), are **VACATED**.
      **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, as moot, on account of the death of the petitioner.

   September 10, 2012                    **LANCE S. WILSON**
                                                         Clerk

                                                   /s/ D. R. Morgan
                                                           Deputy Clerk